**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01113-CV

### GERALD W. HADDOCK, Appellant

### V.

### G. MICHAEL GRUBER; BRIAN N. HAIL; MICHAEL J. LANG; RICHARD M. HULL, JR., AS INDEPENDENT EXECUTOR OF THE ESTATE OF RICHARD M. HULL, DECEASED; GODWIN GRUBER, LLP; GODWIN PAPAS LANGLEY RONQUILLO, LLP; GRUBER HURST JOHANSEN HAIL & SHANK, LLP, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09161**

## ORDER

Before the Court is appellant's November 2, 2016 unopposed motion to extend time to file brief. We **GRANT** the motion, **ORDER** appellant to file his brief on or before January 6, 2017, and **ORDER** appellees to file their brief(s) on or before March 5, 2017.

/s/     CRAIG STODDART
          JUSTICE